401 P.3d 575

Earl C. CHARLES and Patricia A. Charles, in their individual capacities and as co-trustees of the Earl C. Charles and Patricia A. Charles Revocable Living Trust Dated December 12, 1990; Peter Coad Jr. and Judy E. Coad, in their individual capacities and as co-trustees of the Coad Family Trust Dated April 14, 2006; John E. Cork; Susan M. Cork; Al P. Brende; Douglas M. Droese and Renee S. Droese, in their individual capacities and as co-trustees of the 1995 Droese Family Trust 08/02/95; Martin Giuffre; Patricia Giuffre; Matthew Giuffre; William G. Glennon and Carolyn N. Glennon, in their individual capacities and as co-trustees of the Glennon Living Trust dated 01/16/97; Brian Hoyle, in his individual capacity and as trustee of The Brian H. Hoyle Trust; Willard S. Johnston, in his individual capacity and as trustee of The Willard Spencer Johnston Jr. Trust Dated 4-27-92; Michael M. Kemps, in his individual capacity and as co-trustee of the Kemps Family Trust Dated October 23, 2003; Gemma Kemps, in her individual capacity and as co-trustee of The Kemps Family Trust Dated October 23, 2003; Doctor Rohit Khanna; Theresa Khanna; Terry G. Negendank and Paula T. Negendank, in their individual capacities and as co-trustees of The Terry G. Negendank and Paula T. Negendank 2000 Revocable Living Trust; Julia Negendank; Heidi Negendank; Stephen E. Penfold; Barbara A. Penfold; Donald Recchio; Marie Weber; Marlon A. Reyes; Patricia Y. Siguenza; Thomas D. Rosinski; Janet S. Rosinski; Charles P. Schulman; Richard J. Stuart, in his individual capacity and as trustee of The Richard J. Stuart Trust Under Agreement Dated June 27, 2005; Richard Vickers; Nicole Vitullo; Andrew H.W. Branion; Joyce L. Ziebell; William Bendush and Sophia Bendush, in their individual capacities and as co-trustees of The Bendush Family Trust Dated March 25, 1987; Doctor Thomas M. Prose; Ronald A. Abelmann; Jeryl J. Abelmann; Abel-

mann Investments, LP; Francis R. Zambon, in his individual capacity and as trustee of The Francis R. Zambon Living Trust Dated April 21, 2000, and as co-trustee of The Francis R. Zambon and Karen E. Zambon Living Trust Dated May 13, 2011; Karen E. Zambon, in her individual capacity and as co-trustee of The Francis R. Zambon and Karen E. Zambon Living Trust Dated May 13, 2011; John R. Henkel; Susan A. Henkel; Caroline Gauthier; Marc Lefebvre; Douglas C. Mccord; Tracey A. Mccord; Kevin R. Duncan; Greg H. Giesler and Ann L. Giesler, in their individual capacities and as co-trustees of the Giesler Family Trust; Lee J. Chimerakis; Theresa A. Chimerakis; John Fitzpatrick; Barbara Fitzpatrick; David Aplin, in his individual capacity and as a trustee of The Aplin Kapalua Trust; Richard Giaramita; Lisa Giaramita; Doctor Robert M. Jackson and Judith Jackson, in their individual capacities and as co-trustees of The Robert M. Jackson and Judith Jackson Revocable Trust; Craig L. Capretta; Arlinda Capretta; Alex Wernberg; Jane Wernberg; Jeffrey L. Rothenberger and Stacy L. Rothenberger, in their individual capacities and as co-trustees of The Jeff Lynn Rothenberger and Stacy Leah Rothenberger Revocable Living Trust; William C. Gabrielson, in his individual capacity and as trustee of The William C. Gabrielson Trust; Glenna Anthony; Keith Deller; Al A. Kashani; Tri M. La; John W. Harkins; Renee La Force Harkins, Petitioners/Plaintiffs-Appellants,

v.

KAPALUA BAY, LLC, Maui Land & Pineapple Co., Inc.; The Ritz-Carlton Hotel Company, LLC; The Ritz-Carlton Development Co., Inc.; Marriott International, Inc.; Exclusive Resorts, LLC; Marriott Vacations Worldwide Corporation; The Ritz-Carlton Management Company, LLC; Marriott Two Flags, LP; MH Kapalua Venture, LLC; MLP KB Partner, LLC; Exclusive Resorts Club I Holdings,

LLC; Exclusive Resorts Development Company, LLC; ER Kapalua Investors Fund Holdings, LLC; ER Kapalua Investors Fund, LLC; Kapalua Bay Holdings, LLC, Respondents/Defendants-Appellees.

SCWC-14-0000387

Supreme Court of Hawai'i.

DATED: Honolulu, Hawai'i, September 18, 2017.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS (CAAP-14-0000387; CIV. NO. 13-1-0640)

SUMMARY DISPOSITION ORDER

Affirm.

401 P.3d 576

STATE of Hawai'i, Plaintiff-Appellee,

v.

Dante RACKLEY, Defendant-Appellant

NO. CAAP-15-0000919

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, September 20, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 12-1-0552)

MEMORANDUM OPINION

Affirmed.

